USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

UNITED STATES,

                       Plaintiff,

          -against-

JESUS MANUEL BRITO,

                    Defendant.

------------------------------------------------------------------X

**21 MAG. 9854**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Bail Argument scheduled for December 20, 2021, the government is requested to file a memorandum of law in response to defendant's Motion for Release from Custody (Doc. No. 6) pursuant to 18 USC 3142(c) by **December 20, 2021.**

     **SO ORDERED.**

Dated: New York, New York
       December 17, 2021

                                   _____
                                   Katharine H. Parker
                                   United States Magistrate Judge